■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HAROLD ELLIOTT, Appellant. [605 NYS2d 941] —Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Pesce, J.), imposed October 31, 1991.

Ordered that the sentence is affirmed (see, People v Kazepis, 101 AD2d 816). Mangano, P. J., Sullivan, Rosenblatt, Eiber and Joy, JJ., concur.